IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Camden VICINAGE

| | |
|---|---|
| WELLS FARGO BANK, N.A., | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO. 13-CV-7380-JBS-KMW |
| | : |
| v. | : |
| | : ASSIGNED TO: HON. JEROME B. SIMANDLE |
| WM. CONSALO & SONS FARMS, INC., and W.C.S. TRUCKING, INC., and ROBERT CONSALO, and VINCENT CONSALO, JR., and LOUISE M. CONSALO, | : |
| | : HEARING DATE: MARCH 17, 2014 |
| Defendants. | : |

## ORDER FOR DEFAULT JUDGMENT

THIS MATTER having come before the Court upon the Motion for Default Judgment filed by Plaintiff Wells Fargo Bank, National Association ("Wells Fargo"), against Defendants Wm. Consalo & Sons, Inc.; W.C.S. Trucking, Inc.; Robert Consalo; Vincent Consalo, Jr.; and Louise M. Consalo (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 55(b), and the Court having reviewed the submissions of Wells Fargo in support of its Motion, together with any opposition hereto, and for good cause shown;

IT IS THIS 24th day of March, 2014 hereby

ORDERED that Wells Fargo's Motion for Default Judgment is GRANTED; and it is further

ORDERED that Judgment by default hereby is entered in favor of Wells Fargo and against Defendants, on all Counts of the Complaint; and it is further

ORDERED that judgment is hereby entered in favor of Wells Fargo and against the Defendants, jointly and severally, in the amount of $94,861.56, including principal, interest, and Wells Fargo's costs and fees authorized under the Loan Documents and Guaranties

attached to the Complaint, through and including _March 24, 2014,_ plus continuing interest, including post-judgment interest, from and after _March 24, 2014_, 2014, at the Default Rate set forth in the Loan Documents, continuing attorneys' fees and other costs and fees authorized under the Loan Documents and Guaranties; and for foreclosure of Wells Fargo's security interest in the Collateral.

_____
HON. JEROME B. SIMANDLE, U.S.D.J.
CHIEF JUDGE